[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-17060
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 13, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-20517-CR-JAL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL ESSON,
a.k.a. Curtis Campbell,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 13, 2009)

Before HULL, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Howard J. Schumacher, appointed counsel for Paul Esson, has moved to

withdraw from further representation of the appellant and filed a brief pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct. Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Esson's conviction and sentence are **AFFIRMED**.